RECEIVED
SDNY PRO SE OFFICE

2022 SEP -6  AM 10: 26

UNITED STATES DISTRICT COURT
Southern District of New York

Case 1:22-cv-06749-VEC

Alyn Liburd Liburd, on behalf of herself and others Situated in proposed FLSA Collective Action

Plaintiff

V.

KTB Coffee Shop
Defendent

## Motion to Dismiss

Dear Judge Caproni,

We respectfully request a motion to dismiss case 1:22-CV-06749-VEC, Alyn Liburd (plaintiff) V. KTB Coffee Shop (Defendant), based on the location of our business being located in the State of New Jersey.

KTB Coffee Shop is a small café with less 3 employees and located in N. Arlington, NJ. KTB does not do business outside of our shop in New Jersey and the plaintiff, at the time of employment, lived and worked in New Jersey. Our gross sales are under $150,000 per year and we currently have no employees other than the owners who operate the business.

Regardless of the claims being false, we are requesting the motion to dismiss because we are not subject to New York Labor laws and do not meet the criteria for Fair Labor Standards Act (FLSA) based on our company size, income and location.

Thank you for your consideration.

*[signatures]* and *[signature]*
8/31/2022

Defendents:
Kristopher and Tatiane Baignosche
KTB Coffee Shop
323 Ridge Rd
North Arlington, NJ 07032

Attachments:

1.) P&L for 2021 Calendar year with income highlighted
2.) New Jersey Certificate of formation with business address highlighted

Date: 08/31/2022

# KTB Coffee Shop and Lounge

Profit and Loss

January - December 2021

|  | TOTAL |
|---|---|
| Income | $135,301.60 |
| Cost of Goods Sold | $11,707.95 |
| **GROSS PROFIT** | **$123,593.65** |
| Expenses | $132,534.02 |
| **NET OPERATING INCOME** | **$ -8,940.37** |
| Other Income | $ -8.14 |
| **NET OTHER INCOME** | **$ -8.14** |
| **NET INCOME** | **$ -8,948.51** |

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF FORMATION

### KTBAIGNOSCHE LLC
### 0450276675

---

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 06/05/2018 and was assigned identification number 0450276675. Following are the articles that constitute its original certificate.

1. **Name:**
   KTBAIGNOSCHE LLC

2. **Registered Agent:**
   KRISTOPHER BAIGNOSCHE

3. **Registered Office:**
   508 HICKORY ST
   KEARNY, NEW JERSEY 07032

4. **Business Purpose:**
   SELL COFFEE, PASTRIES, WINE AND BEER

5. **Effective Date of this Filing is:**
   06/05/2018

6. **Members/Managers:**
   KRISTOPHER BAIGNOSCHE
   508 HICKORY ST
   KEARNY, NEW JERSEY 07032

   TATIANE BAIGNOSCHE
   508 HICKORY ST
   KEARNY, NEW JERSEY 07032

7. **Main Business Address:**
   323 RIDGE RD
   N ARLINGTON, NEW JERSEY 07031

   **Signatures:**
   KRISTOPHER BAIGNOSCHE
   AUTHORIZED REPRESENTATIVE



*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal 5th day of June, 2018*

*Elizabeth Maher Muoio*
*State Treasurer*

*Certificate Number : 4055615380*
*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*



KTB Coffee Shop
323 Ridge Rd
N. Arlington, NJ 07031

U.S. POSTAGE PAID
FCM LETTER
HASBROUCK HEIGHTS, NJ
07604
AUG 31, 22
AMOUNT
$4.60
R2305K133939

7021 1970 0000 2870 2398

RECEIVED
SDNY PRO SE OFFICE
2022 SEP -6  AM 10: 45

UNITED STATES District Court
ATTN: Pro Se Department
500 Pearl ST
New York, NY 10007