**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Alyn Liburd, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

Case No.: 22-cv-06749

        *Plaintiff*,

**AFFIRMATION OF SERVICE**

- *against* -

KTB Coffee Shop,

        *Defendants*.
------------------------------------------------------------X

  **JASON MIZRAHI**, an attorney duly admitted to practice law in the State of New York, hereby declares that on September 8, 2022, I have served a true and correct copy of the September 8, 2022 Memo Endorsement of Honorable Valerie E. Caproni, U.S.D.J. [Dckt. No. 8], by sending the same by regular mail, addressed to the last known address of the recipient(s) as indicated below and upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

  KTB Coffee Shop
  323 Ridge Road
  North Arlington, NJ 07032

Dated: New York, New York
       September 8, 2022

By:    /s/ Jason Mizrahi, Esq.
Jason Mizrahi, Esq.
Levin Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Telephone: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

Cc:     All parties via ECF