UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Alyn Liburd, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

                                         *Plaintiff*,

          - *against* -

KTB Coffee Shop,

                                         *Defendant*.
-------------------------------------------------------------X

Case No 1:22-cv-06749-VEC

**AFFIRMATION OF SERVICE**

      **JASON MIZRAHI**, an attorney duly admitted to practice law in the State of New York, hereby declares that on September 29, 2022, I have served a true and correct copy of the September 28, 2022 Electronic Order of Judge Valerie E. Caproni [Dckt. No. 11], by sending the same by regular mail, addressed to the last known address of the recipient(s) as indicated below and, upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

      KTB Coffee Shop
      26 Jericho Road
      N. Arlington, NJ 07031

      KTB Coffee Shop
      323 Ridge Rd
      N. Arlington, NJ  07031

Dated: New York, New York
       September 30, 2022

                                                            By:    /s/ Jason Mizrahi, Esq.
                                                                           Jason Mizrahi, Esq.
                                                                           Levin Epstein & Associates, P.C.
                                                                           60 East 42nd Street, Suite 4700
                                                                           New York, NY 10165
                                                                           Telephone: (212) 792-0048
                                                                           Email: Jason@levinepstein.com
                                                                           *Attorneys for Plaintiff*

Cc:     All parties via ECF