```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

Alyn Liburd, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

         *Plaintiff,*

   - against -

KTB Coffee Shop,

         *Defendant.*
---------------------------------------------------------------X

Case No.: 22-cv-06749

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

  Plaintiff Alyn Liburd, by and through the undersigned counsel, Levin-Epstein & Associates, P.C., hereby voluntarily dismisses this action as against Defendant KTB Coffee Shop without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: December 20, 2022
   New York, New York

         LEVIN-EPSTEIN & ASSOCIATES, P.C.

         By: */s/ Joshua D. Levin-Epstein*
           Joshua D. Levin-Epstein, Esq.
           60 East 42nd Street, Suite 4700
           New York, New York 10165
           Tel: (212) 792-0046
           Email: Joshua@levinepstein.com
           *Attorneys for Plaintiff and proposed*
           *FLSA Collection Action Plaintiffs*

**SO ORDERED**

_____
U.S.D.J.

12/21/2022
_____
Dated